IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID SATTAZAHN | : | CIVIL ACTION |
| v. | : | |
| JOHN E. WETZEL, ET AL. | : | NO. 17-3240 |

## ORDER

**AND NOW**, this 3rd day of June, 2021, upon careful and independent consideration of the Amended Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254 (Docket No. 15), and after review of United States Magistrate Judge Lynne A. Sitarski's Report and Recommendation (Docket No. 42), and consideration of Petitioner's Objections to the Magistrate Judge's Report and Recommendation (Docket No. 51), and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** as follows:

1. Petitioner's Objections are **OVERRULED**.

2. The Report and Recommendation of Judge Sitarski is **APPROVED** and **ADOPTED**.

3. The Amended Petition for a Writ of Habeas Corpus is **DENIED**.

4. As Petitioner has failed to make a substantial showing of the denial of a constitutional right or demonstrated that a reasonable jurist would debate the correctness of this ruling, the Court declines to issue a certificate of appealability pursuant to 28 U.S.C. § 2253(c)(2).

5. The Clerk shall **CLOSE** this case statistically.

BY THE COURT:

/s/ John R. Padova
John R. Padova, J.